**Dismiss and Opinion Filed March 8, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-21-01007-CV

---

## IN THE INTEREST OF G.S.C., G.N.C., I.J.C., Z.N.C., A.A.C., AND G.L.C., CHILDREN

---

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-13105**

---

### MEMORANDUM OPINION
Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

By notice of appeal filed November 18, 2021, appellant challenges the trial court's orders signed "on or about October 24, 2021 and . . . November 11, 2021." Because the October order is not appealable and the November order does not exist, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

As reflected in the record, appellee filed a motion for enforcement of the parties' final decree of divorce in April 2021. A hearing on the motion was held October 24, and an order holding appellant in contempt and committing him to county jail was signed the next day. On November 2, appellant filed a motion for

release from jail. The record reflects the trial court heard that motion on November 11, but no order was signed.

Because contempt orders are not reviewable on direct appeal and no order on appellant's motion to release him from jail has been signed, we questioned our jurisdiction over the appeal. *See Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995) (per curiam) (appellate deadline runs from signing of written order); *Herzfeld v. Herzfeld*, 285 S.W.3d 122, 132 (Tex. App.—Dallas 2009, no pet.) (contempt orders involving confinement are reviewable by writ of habeas corpus; contempt orders not involving confinement are reviewable by mandamus). Although we directed appellant to file a letter brief addressing our concern and cautioned him that failure to comply within ten days could result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not complied. Accordingly, with no appealable order before us, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).


211007f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G.S.C.,
G.N.C., I.J.C., Z.N.C., A.A.C., AND
G.L.C., CHILDREN

No. 05-21-01007-CV

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-13105.
Opinion delivered by Justice Nowell,
Justices Myers and Osborne
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Josie Carrasco recover her costs, if any, of this appeal from appellant Santos Carrasco.


Judgment entered this day of March 8, 2022.